# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIANNA FRENCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:20-cv-01125-SEB-TAB |
| | ) |
| BURNS & WILCOX, LTD, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court, having considered the Joint Stipulation of Dismissal with Prejudice filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby **ORDERS** that this action be **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorneys' fees and costs.

Dated: 5/5/2021

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution: All counsel of record via the Court's electronic case filing system.